UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*******************************************
Timothy Martin,                            *
      Plaintiff,                           *
                                           *
v.                                         *   Case No. 1:19-cv-00323-LM
                                           *
Susan E. Mooney, an individual;            *
Alice Peck Day Memorial Hospital;          *
Alice Peck Day Lifecare Center, Inc.; and  *
Dartmouth-Hitchcock Health,                *
      Defendants.                          *
*******************************************
```

## MOTION TO STRIKE AND WITHDRAW

NOW COMES the plaintiff, Timothy Martin, by and through his attorneys, Douglas, Leonard & Garvey, P.C., and says that on July 10, 2019, Mr. Martin's counsel received a copy of a Reply which attached a multi-page job application that the plaintiff had filed in confidence with the defendant, Alice Peck Day Memorial Hospital as Document 9-1.

Without even notice to counsel for the plaintiff and without any motion to seal or confidentiality agreement, Alice Peck Day's counsel decided to just staple a personal job application from six years ago to a pleading.

This is sharp practice and highly offensive. That application is outside the four corners of the Complaint and contains the plaintiff's address, e-mail address, home number and cell phone number among other personal bits of information.

Obviously the conduct of Alice Peck Day Memorial Hospital is cavalier towards personnel matters. Accordingly, counsel moves on an emergency basis that the Court strike document 9-1 and remove it from the public record as an offensive interference with the privacy expectations of the plaintiff.

2

                      Respectfully submitted,
                      TIMOTHY MARTIN,
                      By his attorneys,
                      DOUGLAS, LEONARD & GARVEY, P.C.

Date:  July 10, 2019          By:   /s/ Charles G. Douglas, III
                                            Charles G. Douglas, III, NH Bar #669
                                            14 South Street, Suite 5
                                            Concord, NH 03301
                                            (603) 224-1988
                                            chuck@nhlawoffice.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

                                            /s/ Charles G. Douglas, III
                                            Charles G. Douglas, III